NEW-YORK,
May, 1823.

MAYOR, &c.
OF ALBANY
v.
EVERTSON &
WESTERLO.

---

THE MAYOR, ALDERMEN and COMMONALTY, of the CITY OF ALBANY, *against* EVERTSON and WESTERLO.

Judgment for the penalty of a bond, payable by instalments. Execution issues and is returned satisfied for all except last instalment, before it falls due. More than a year after it is due, execution goes for this, without *sci. fa.* Holden well; for the first execution may be continued down on the roll.

THE judgment was for the penalty of a bond, payable by instalments. Execution had been issued, and returned satisfied, for all the instalments, *except the last*, before that fell due. More than a year after the last instalment became due, another execution was issued, which it was now moved, on behalf of the defendants, to set aside; and the question was, whether it could issue without *scire facias*; and Tidd, (*New-York ed. of* 1807, *pages* 1004, 1008, and 1011) was cited for the defendants, to shew that it could not. But SAVAGE, Ch. J. was of opinion, that the execution, which had been issued and returned,(*a*) might be continued down upon the roll for the balance due, (*b*) and that a *scire facias* was therefore unnecessary. (*Gonnigal* v. *Smith & others*, 6 *John. Rep.* 106. *Jackson* v. *Stiles*, 9 *id.* 391.) SUTHERLAND and WOODWORTH, Js. gave no opinion.

Motion denied.

(*a*) By the *English* practice, the execution must be *returned* in order to warrant the continuances. (2 *Wils.* 82. 2 *Serg.* & *Rawle's Rep.* 156.) But by the practice of this Court, *no return* is necessary. (*Jackson* v. *Stiles*, 9 *John. Rep.* 391.) And the same practice prevails in the Supreme Court of *Pennsylvania*. (*Lewis* v. *Smith*, 2 *Serg.* & *Rawle's Rep.* 142.)

(*b*) "If *a part* of the money only be levied, the plaintiff may have a *fi. fa.* for the *residue*, and the first writ *must be returned* before the second can be taken out, for that must be grounded on the first writ, and recite that all the money was not levied thereon." (*Tidd*, 934.)